# EXHIBIT A

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-05903-S4**
**8/9/2021 2:45 PM**
TIANA P. GARNER, CLERK

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☐ State Court of _____ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____ <br> MM-DD-YYYY | **21-C-05903-S4** <br> Case Number _____ |

**Plaintiff(s)**

_____
Last          First          Middle I.          Suffix          Prefix

_____
Last          First          Middle I.          Suffix          Prefix

_____
Last          First          Middle I.          Suffix          Prefix

_____
Last          First          Middle I.          Suffix          Prefix

**Defendant(s)**

_____
Last          First          Middle I.          Suffix          Prefix

_____
Last          First          Middle I.          Suffix          Prefix

_____
Last          First          Middle I.          Suffix          Prefix

_____
Last          First          Middle I.          Suffix          Prefix

**Plaintiff's Attorney** _____  **Bar Number** _____  Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____       _____
        **Case Number**                            **Case Number**

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
                                                                                                **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

Case 1:21-cv-03710-AT   Document 1-1   Filed 09/07/21   Page 3 of 10

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-05903-S4**
**8/9/2021 2:45 PM**
**TIANA P. GARNER, CLERK**

IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| WILLIAM MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION FILE NO.: **21-C-05903-S4** |
| v. ) | |
| ) | |
| MTD PRODUCTS COMPANY, ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT FOR DAMAGES**

COMES NOW, William Morgan, Plaintiff herein, and files this Complaint for Damages, respectfully showing the Court as follows:

1.

Plaintiff William Morgan ("Plaintiff") submits himself to the jurisdiction and venue of this Court.

2.

Defendant MTD Products Company (hereinafter "Defendant" or "MTD") is a foreign corporation which, at all times relevant to this action, was doing business in the State of Georgia. Defendant MTD may be served at the following address, to wit: CT Corporation System, 289 S. Culver Street, Lawrenceville, Georgia 30046-4805. Defendant MTD is subject to the venue and jurisdiction of this Court.

3.

At all times relevant hereto, Defendant MTD was in the business of designing, manufacturing, distributing, advertising, marketing, and/or selling lawn tractors, among other things.

Copy from re:SearchGA

4.

At all times relevant hereto, Plaintiff was the owner of a home located at 2726 Clearwater Springs Drive, Buford, Georgia 30519 ("Plaintiff's home" or "subject home"). Within Plaintiff's home, there was a lawn tractor, manufactured by Defendant MTD ("subject tractor").

5.

On or about December 23, 2020, the subject tractor, as a result of a design and/or manufacturing defect contained therein, failed, subsequently causing a fire, and proximately caused substantial damage to Plaintiff's home.

6.

As a direct and proximate result of the fire, Plaintiff sustained damages in an amount in excess of $190,521.54.

## COUNT I – CLAIMS OF NEGLIGENCE AGAINST DEFENDANT

7.

Paragraphs 1 through 6 are incorporated by reference as if set forth verbatim herein.

8.

An investigation after the loss revealed that a manufacturing defect led to battery cable mechanical damage and shorting between the battery cables, which caused the fire that damaged Plaintiff's home.

9.

MTD was negligent in designing, manufacturing, selling, supplying, and otherwise distributing the subject tractor with defective battery cable protection.

Copy from re:SearchGA

10.

Defendant MTD's negligence was a direct and proximate cause of the damage to Plaintiff's property.

11.

As a direct and proximate result of Defendant MTD's acts and/or omissions, Plaintiff is entitled to recovery of his losses from Defendant.

## COUNT II – CLAIMS OF BREACH OF WARRANTY AGAINST DEFENDANT

12.

Paragraphs 1 through 11 are incorporated by reference as if set forth verbatim herein.

13.

In selling, supplying and/or otherwise distributing the subject tractor with the battery cable defect, Defendant MTD impliedly and/or expressly warranted that it was safe and fit for the ordinary purpose for which it was intended, when in fact it was not fit for ordinary and normal use and, as such, did not conform to said promises and warranties.

14.

As a direct and proximate result of such breaches of warranty, Plaintiff sustained losses as described above.

15.

As a result of Defendant MTD's breaches of warranty, Plaintiff is entitled to recovery of his losses from Defendant.

## COUNT III – CLAIMS OF STRICT LIABILITY AGAINST DEFENDANT

16

Paragraphs 1 through 15 are incorporated by reference as if set forth verbatim herein.

Copy from re:SearchGA

17.

Defendant MTD's product was not merchantable and reasonably suited to the use intended, and its condition when sold is a proximate cause of the damages sustained by Plaintiff. As a result, Defendant is strictly liable in tort pursuant to O.C.G.A. § 51-1-11 (b) (1).

## COUNT IV – CLAIMS FOR ATTORNEY'S FEES AND EXPENSES OF LITIGATION

18.

Paragraphs 1 through 17 are incorporated by reference as if set forth verbatim herein.

19.

Defendant has acted in bad faith, has been stubbornly litigious, and has caused Plaintiff unnecessary trouble and expense.

21.

Accordingly, pursuant to O.C.G.A. §13-6-11, Plaintiff is entitled to recover his attorney's fees and expenses of litigation.

WHEREFORE, Plaintiff prays as follows:

a. That he recover of Defendant in an amount to be proven at trial;

b. That he recover of Defendant interest as provided by law;

c. That he recover of Defendant his costs and attorney's fees in bringing this action;

d. **That he have a trial by Jury;** and

e. That he have such other and further relief as this Court may deem just and proper.

*[SIGNATURE ON FOLLOWING PAGE]*

Copy from re:SearchGA

This __6__ day of August, 2021.

MILLER INSURANCE LAW ENTERPRISE

_____
ERIC D. MILLER
Georgia Bar No. 506574
STEPHEN G. CARLSON
Georgia Bar No. 670714
*Attorneys for Plaintiff*

115 Perimeter Center Place
South Terraces, Suite 430
Atlanta, GA 30346
404-923-7599
emiller@mileatlanta.com
scarlson@mileatlanta.com

Copy from re:SearchGA

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-05903-S4**
**8/9/2021 2:45 PM**
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**WILLIAM MORGAN**

PLAINTIFF

CIVIL ACTION NUMBER: **21-C-05903-S4**

VS.

**MTD PRODUCTS COMPANY**
**289 S CULVER STREET**
**LAWRENCEVILLE, GA 30046**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

ERIC D. MILLER
MILLER INSURANCE LAW ENTERPRISE
115 PERIMETER CENTER PLACE, SUITE 430
ATLANTA, GA 30346

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **9TH** day of **AUGUST**, 20**21**.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

Copy from re:SearchGA

Case 1:21-cv-03710-AT   Document 1-1   Filed 09/07/21   Page 9 of 10

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**21-C-05903-S4**
**8/9/2021 2:45 PM**
**TIANA P. GARNER, CLERK**

### IN THE STATE COURT OF GWINNETT COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| WILLIAM MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO.: **21-C-05903-S4** |
| ) | |
| MTD PRODUCTS COMPANY, ) | |
| ) | |
| Defendant. ) | |

### RULE 5.2 CERTIFICATE OF SERVICE

COMES NOW, William Morgan, Plaintiff in the above-styled civil action, and, pursuant to Uniform State Court Rule 5.2, certifies that he has this date served, with his Complaint for Damages, Plaintiff's Continuing Interrogatories, Plaintiff's Request for Production of Documents, and Plaintiff's Request for Admissions to Defendants.

This ___9___ day of August, 2021.

MILLER INSURANCE LAW ENTERPRISE

_____
ERIC D. MILLER
Georgia Bar No. 506574
STEPHEN G. CARLSON
Georgia Bar No. 670714
*Attorneys for Plaintiff*

115 Perimeter Center Place
South Terraces, Suite 430
Atlanta, GA 30346
404-923-7599
emiller@mileatlanta.com
scarlson@mileatlanta.com

# SHERIFF'S ENTRY OF SERVICE

SC-85-2

Civil Action No. __21-C-05903-S4__

Date Filed __8/9/2021__

Attorney's Address

Eric D. Miller
Miller Insurance Law Enterprise
115 Perimeter Center Place, Suite 430
Atlanta, GA 30346

Name and Address of Party to be Served.

MTD PRODUCTS COMPANY

289 S CULVER STREET

LAWRENCEVILLE, GA 30046

| | |
|---|---|
| Superior Court ☐ | Magistrate Court ☐ |
| State Court ☒ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia, __GWINNETT__ COUNTY

WILLIAM MORGAN

Plaintiff

VS.

MTD PRODUCTS COMPANY

Defendant

Garnishee

## SHERIFF'S ENTRY OF SERVICE

☐ **PERSONAL** I have this day served the defendant _____ personally with a copy of the within action and summons.

☐ **NOTORIOUS** I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

☒ **CORPORATION** Served the defendant __MTD Products Co.__ a corporation by leaving a copy of the within action and summons with __Linda Banks (RA)__ in charge of the office and place of doing business of said Corporation in this County.

☐ **TACK & MAIL** I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

☐ **NON EST** Diligent search made and defendant not to be found in the jurisdiction of this Court.

This __16__ day of __Aug__, 20 __21__.

__Lt. Higgins 5054__ DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY GA
AUG 18 PM 3:52
TIANA P. GARNER, CLERK

CIVIL DIV.
G.C.S.C.
RECEIVED

Copy from re:SearchGA